UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| John M. Preterotti,       : | |
|     Plaintiff,          : | |
|                            : | |
|         v.                 : | Civil No. 2:16-CV-72 |
|                            : | |
| Dan Douliere,             : | |
|     Defendants.         : | |

ORDER

    The Report and Recommendation of the United States Magistrate Judge was filed December 28, 2016. (Doc. 19). After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

    The Defendant's Motion to Dismiss (Doc. 10) is GRANTED, and Plaintiff's Complaint (Doc. 4) is DISMISSED without leave to amend.

    THIS CASE IS CLOSED

    Dated at Burlington, in the District of Vermont, this 23rd day of January, 2017.

                                          /s/ William K. Sessions III
                                          William K. Sessions III
                                          District Court Judge